IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAY LLOYD HARRIS                                                                                           PLAINTIFF

v.                                           Case No. 6:21-cv-06136

DEXTER PAYNE, Director,
Arkansas Division of Corrections, and
VICKY RAWLINS, Grievance Coordinator,
Ouachita River Correctional Unit,
Arkansas Division of Corrections                                                                DEFENDANTS

**ORDER**

Now before the Court is the Report and Recommendation filed February 8, 2022, by the Honorable Mark E. Ford, Chief United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. Judge Ford recommended that all of Plaintiff's claims against Defendant Vicky Rawlins be dismissed and that all official capacity claims against Defendant Dexter Payne be dismissed except for the claim for prospective injunctive relief concerning the three (3) page limitation on incoming mail.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that:

1. Plaintiff's official capacity claims against Defendant Payne for monetary damages or retroactive injunctive relief are hereby **DISMISSED WITH PREJUDICE**;

2. Plaintiff's individual capacity claim against Defendant Rawlins is hereby **DISMISSED WITHOUT PREJUDICE**; and

3. Plaintiff's official capacity claim against Defendant Payne for prospective injunctive relief concerning the three (3) page limitation on incoming mail shall remain for further review.

**IT IS SO ORDERED** this 2nd day of March 2022.

.

/s/Robert T. Dawson
**ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE**