IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAY LLOYD HARRIS                                           PLAINTIFF

v.                          Case No. 6:21-cv-06136

DEXTER PAYNE, Director. Arkansas Department
of Correction                                        DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed November 16, 2022, by the Honorable Mark E. Ford, Chief United States Magistrate Judge for the Western District of Arkansas. (ECF No. 35). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. Judge Ford recommends that Defendant's Motion for Summary Judgment (ECF No. 21) be granted. Plaintiff filed objections to the Report and Recommendation (ECF No. 36). No response was filed by Defendant. This matter is now ready for consideration.

Plaintiff's objections do not offer any new issues of fact or law that would require the Court to deviate from the report and recommendation. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 21) is **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 15th day of December 2022.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**

1